No. 10-8260. Ray Dale Hooks, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1275, 131 S. Ct. 1610, 179 L. Ed. 2d 509, 2011 U.S. LEXIS 2062.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 394 Fed. Appx. 79.

No. 10-8264. Nathaniel R. Code, Jr., Petitioner v. Burl Cain, Warden.

562 U.S. 1275, 131 S. Ct. 1611, 179 L. Ed. 2d 509, 2011 U.S. LEXIS 2088.

March 7, 2011. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 46 So. 3d 1258.

No. 10-8267. Stevie Lynn Davis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1275, 131 S. Ct. 1611, 179 L. Ed. 2d 509, 2011 U.S. LEXIS 1983.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-8268. Chad Davis, Petitioner v. Texas.

562 U.S. 1275, 131 S. Ct. 1611, 179 L. Ed. 2d 509, 2011 U.S. LEXIS 1933.

March 7, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Ninth District, denied.

No. 10-8274. Jeffrey R. Berry, Petitioner v. Citibank F.S.B.

562 U.S. 1275, 131 S. Ct. 1611, 179 L. Ed. 2d 509, 2011 U.S. LEXIS 2052, ■

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-8281. Anthony Allen, Petitioner v. Illinois.

562 U.S. 1276, 131 S. Ct. 1611, 179 L. Ed. 2d 509, 2011 U.S. LEXIS 1994, ■

March 7, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 398 Ill. App. 3d 1099, 370 Ill. Dec. 766, 988 N.E.2d 1122.

No. 10-8282. Bruce Anders, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1276, 131 S. Ct. 1611, 179 L. Ed. 2d 509, 2011 U.S. LEXIS 2076.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-8283. Akira T. Brown, Petitioner v. Ray Roberts, Warden, et al.

562 U.S. 1276, 131 S. Ct. 1612, 179 L. Ed. 2d 509, 2011 U.S. LEXIS 2044.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 394 Fed. Appx. 499.